**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Landco Enterprises, Inc. and Curtis Ellison v. Jindal Saw USA, LLC and Jindal Saw Ltd.

Appellate case number:     01-19-00797-CV

Trial court case number:     2017-02901

Trial court:     61st District Court of Harris County

Appellees' have filed a motion to withdraw (1) their motion to dismiss for want of jurisdiction and (2) their appellees' brief. Appellee's request to withdraw their motion to dismiss is **granted**. Appellees' request to withdraw their brief, however, requires clarification from appellees.

The Court requests that appellees clarify within **5 days of this** order whether, by requesting to withdraw their appellees' brief, appellees either (1) no longer oppose the appeal or (2) intend to request leave to file a new brief. If appellees no longer oppose the appeal, then the Court instructs appellees to confer with appellants and to notify the Court within the same filing due 5 days from this order whether the parties intend to file a joint motion to set aside the judgment without regards to the merits and remand to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Conversely, if appellees still oppose the appeal, then the Court informs appellees that a subsequent request to file a new brief in place of the withdrawn brief will not be granted.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                Acting individually

Date: ___February 6, 2020___